CLIFFORD H. PEARSON (Bar No. 108523)
  cpearson@pswplaw.com
DANIEL L. WARSHAW (Bar No. 185365)
  dwarshaw@pswplaw.com
BOBBY POUYA (Bar No. 245527)
  bpouya@pswplaw.com
**PEARSON, SIMON, WARSHAW & PENNY, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300
Facsimile:  (818) 788-8104

RICHARD B. WENTZ, (Bar No. 120380)
  rick.wentz@gmail.com
JEAN M. WENTZ, (Bar No. 139340)
  jean.wentz@gmail.com
**THE WENTZ LAW FIRM**
2955 East Hillcrest Drive, Suite 123
Thousand Oaks, CA  91362
Telephone  (805) 374-0060
Facsimile:  (888) 855-8124

Attorneys for Plaintiff MARGARITA ENCINAS,
on behalf of herself and all others similarly
situated

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| MARGARITA ENCINAS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PORTFOLIO RECOVERY ASSOCIATES, INC., Delaware corporation,<br><br>Defendant. | CASE NO. 2:12-CV-01377-JAM-EFB<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ORDER REGARDING FILING OF AMENDED COMPLAINT [Fed. R. Civ. Proc. 15(a)(2)]**<br><br>Trial Date:         None |

Whereas Plaintiff Margarita Encinas served her Class Action Complaint on Defendant Portfolio Recovery Associates, Inc. on May 29, 2012;

Whereas counsel for Portfolio Recovery Associates, Inc. has advised counsel for Plaintiff that the Portfolio Recovery Associates, Inc. is not the proper entity in this case;

Whereas Plaintiff has agreed to file a First Amended Complaint substituting defendant Portfolio Recovery Associates, LLC for defendant Portfolio Recovery Associates, Inc.;

Whereas counsel for Portfolio Recovery Associates, Inc. has agreed to accept service on behalf of Portfolio Recovery Associates, LLC; and

Whereas Federal Rule of Civil Procedure 15 (a)(2) allows parties to amend their pleading with opposing party's written consent.

THE PARTIES STIPULATE AS FOLLOWS:

1.  Plaintiff shall file her First Amended Complaint within two days of the entry of the Court's order granting leave to amend; and

2.  The caption in the above entitled action shall be amended to substitute Portfolio Recovery Associates, LLC for Portfolio Recovery Associates, Inc.

DATED: June 28, 2012

**PEARSON, SIMON, WARSHAW & PENNY, LLP**
CLIFFORD H. PEARSON
DANIEL L. WARSHAW
BOBBY POUYA

**THE WENTZ LAW FIRM**
RICHARD B. WENTZ,
JEAN M. WENTZ,


By: */s/*_____
    DANIEL L. WARSHAW
    Attorneys for Plaintiff MARGARITA ENCINAS, on behalf of herself and all others similarly situated

PDF created with pdfFactory trial version www.pdffactory.com

DATED: June 28, 2012 **SIMMONDS & NARITA LLP**
TOMIO B. NARITA
ROBERT T. CAMPBELL

By: */s/*
TOMIO B. NARITA
Attorneys for PORTFOLIO RECOVERY
ASSOCIATES, INC. and PORTFOLIO RECOVERY
ASSOCIATES, LLC.

**IT IS SO ORDERED:**

DATED:  6/28/2012

/s/ John A. Mendez
Hon. John A. Mendez
United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com